UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FADAHUNSI OLAWALE, <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant(s). | CASE NO.  LACV 07-6255-WDK <br> LACR 01-0486-WDK * <br><br> ORDER DENYING PETITIONER'S SECTION 2255 MOTION |

The Court has reviewed the pleadings of the parties. For the reasons set forth in the lengthy opposition of the government, it is determined conclusively that the petitioner's section 2255 motion is without merit and is hereby DENIED. IT IS SO ORDERED:

DATED: January 23, 2008

_____

WILLIAM D. KELLER

UNITED STATES DISTRICT JUDGE